MAGISTRATE JUDGE ARNOLD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. FOX, ) <br> ) <br> Defendant. ) <br> ) | NO. CR05-5633 <br><br> ORDER GRANTING MOTION TO <br> CONTINUE PRETRIAL MOTIONS <br> DEADLINE |

Upon motion of the defendant to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to November 16, 2005.

DONE this 9th day of November, 2005.

_/s/ J. Kelley Arnold_
JUDGE J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____        _____
Colin A. Fieman                                           Captain Glen Templeton
Assistant Federal Public Defender             Special Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE    1
CR05-5633

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**